PFE/KMP December 2023
GJ#7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| KAMERON JOSIAH BESTER | ) | |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 17th day of June 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**KAMERON JOSIAH BESTER,**

did knowingly possess a machinegun, that is, a Glock 9x19mm pistol equipped with a replacement slide cover plate, which is a machinegun conversion device intended for use in converting a semiautomatic pistol to fire automatically, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  [26 U.S.C. § 5861(d)]

The Grand Jury charges that:

On or about the 17th day of June 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**KAMERON JOSIAH BESTER,**

knowingly received and possessed a firearm, a Glock 9x19mm pistol equipped with a replacement slide cover plate, which is a machinegun conversion device intended for use in converting a semiautomatic pistol to fire automatically, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                KRISTY M. PEOPLES
                                                Assistant United States Attorney